1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   JUSTIN SIBLEY
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   ) NO. 6:10-mj-00091 MJS
   |                             )
12 |         Plaintiff,          ) WAIVER OF DEFENDANT'S PERSONAL
   |                             ) PRESENCE; ORDER THEREON
13 |    v.                       )
   |                             )
14 | JUSTIN SIBLEY,              ) Time:
   |                             ) Magistrate Judge: Michael J. Seng
15 |         Defendant.          )
   |                             )
16 | _____ )

17

18       Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally

19 present in open court upon the hearing of any proceeding in this case, including, but not limited to status

20 conferences, motions hearings and change of plea.

21       Mr. Sibley made an initial appearance on 7/15/2010, and a subsequent appearance on 8/10/2010.

22 Mr. Sibley now resides in Portland, Oregon, which is approximately a 13-hour drive from Yosemite

23 National Park. It is a significant financial and personal hardship for Mr. Sibley to be present at court in

24 Yosemite. Mr. Sibley, therefore, respectfully requests permission to enter his change of plea in absentia.

25       The government has indicated that it does not oppose this request.

26 ///

27 ///

28 ///

Dated: January 12, 2012          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

By:   /s/ Peggy Sasso
      PEGGY SASSO
      Assistant Federal Defender
      Attorney for Defendant
      Justin Sibley

## **ORDER**

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

Dated:   January 13, 2012       /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE